# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of August, two thousand and twenty-four,

_____

Arizona Beverages USA, LLC,

      Plaintiff - Appellee,

v.

Hanover Insurance Company,

      Defendant - Appellant.

_____

**ORDER**
Docket No. 23-1177

IT IS HEREBY ORDERED that the oral argument in the above-entitled appeal, set for Tuesday, September 3, 2024 is ADJOURNED.

Oral argument will be rescheduled at a later date.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court